IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02046-LTB-KLM

THOMASINA NEELY,

    Plaintiff,

v.

COUNTY OF MONTEZUMA, and
CAROL TULLIS, County Clerk for Montezuma County, in her individual capacity,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order** [Docket No. 17; Filed February 7, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 17-1, 17-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: February 8, 2012