IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-02046-LTB-KLM

THOMASINA "TAMMY" NEELY,

    Plaintiff,

v.

MONTEZUMA COUNTY and
CAROL TULLIS, County Clerk for Montezuma County, in her individual capacity,

    Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 36 - filed August 24, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED:  August 27, 2012